UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| United States<br>*Plaintiff,*<br><br>v.<br><br>REPWIRE, LLC, JOSE PIGNA, and AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>*Defendants.* | Ct. No. 24-00173 |

## **REPWIRE LLC AND JOSE PIGNA'S ANSWER TO CROSS-CLAIM**

Pursuant to Rule 7(a)(2) of the Rules of the U.S. Court of International Trade, Defendants REPWIRE, LLC ("Repwire") and JOSE PIGNA ("Pigna") hereby provide their answer to Cross-Claim of American Alternative Insurance Corporation ("AAIC") in this matter.

1. Repwire and Pigna admit the allegation in paragraph 1 of the Cross-Claim that the Court has jurisdiction over AAIC's Cross-Claim.

2. Repwire and Pigna deny having sufficient knowledge with which to admit or deny the allegations contained in paragraph 2 of the Cross-Claim, except that they admit the subject bonds are attached as Exhibit A to the Cross-Claim.

3. Repwire and Pigna admit the allegation contained in paragraph 3 that AAIC executed and delivered the Subject Bonds to CBP but otherwise

   deny the allegations therein.

4. Repwire and Pigna deny having sufficient knowledge with which to admit or deny the allegations contained in paragraph 4 of the Cross-Claim.

5. Repwire admits the allegation in paragraph 5 of the Cross-Claim that it is a Florida corporation and is the principal under the Subject Bonds. Pigna invokes his Fifth Amendment privilege against self-Incrimination as to the allegations contained in paragraph 5 of the Cross-Claim.

## COUNT I

**(**Order to compel payment of obligation)

6. Repwire and Pigna answer the allegations contained in paragraph 6 of the Cross-Claim, which re-allege and incorporate paragraphs 1-5 of the Cross-Claim, in the same manner as those paragraphs were previously answered herein.

7. Repwire and Pigna deny having sufficient knowledge with which to admit or deny the allegations contained in paragraph 7 of the Cross-Claim as it purports to state a legal conclusion regarding AAIC's obligations under the Subject Bonds.

8. Repwire and Pigna admit the allegations contained in paragraph 8 of the Cross-Claim that CBP has made a demand upon them for payment of customs duties, which they are contesting.

9. Repwire and Pigna deny having sufficient knowledge with which to admit or deny the allegations contained in paragraph 9 of the Cross-Claim.

10. Repwire and Pigna deny having sufficient knowledge with which to admit or deny the allegations contained in paragraph 10 of the Cross-Claim.

11. Repwire and Pigna deny having sufficient knowledge with which to admit or deny the allegations contained in paragraph 11 of the Cross-Claim as it purports to state a legal conclusion regarding legal liability.

12. Repwire and Pigna deny the allegations contained in paragraph 12 of the Cross-Claim.

## COUNT II

(Indemnity)

13. Repwire and Pigna answer the allegations contained in paragraph 13 of the Cross-Claim, which re-allege and incorporate paragraphs 1-5 of the Cross-Claim, in the same manner as those paragraphs were previously answered herein.

14. Repwire and Pigna deny the allegations contained in paragraph 14 of the Cross-Claim.

15. Repwire and Pigna deny the allegations contained in paragraph 15 of the Cross-Claim.

## Affirmative Defenses

16. Repwire hereby gives notice that it incorporates all affirmative defenses asserted against Plaintiff's Complaint as affirmative defenses to the Cross-Claim.

WHEREFORE, Defendants Repwire and Pigna pray for an order dismissing the Cross-Claim and whatever other relief the Court may deem appropriate including reasonable attorney's fees in defending against the Cross-Claim.

Respectfully Submitted,

/s/   Jennifer Diaz
Jennifer Diaz
Diaz Trade Law, P.A.
12700 Biscayne Boulevard
Suite 401
North Miami, FL 33181
(305) 456) 3830
Email: jen@DiazTrade Law.com

/s/   David Craven
David Craven
Craven Trade law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506
Email: David@DiazTradeLaw.com

/s/   Robert Becerra
Robert Becerra
Becerra Law, P.A.
2800 Ponce de Leon Blvd.
Suite 1400
Coral Gables, FL 33134
(305) 375-0112

Email: rbecerra@rjbecerralaw.com

Counsel to REPWIRE LLC
and JOSE PIGNA

Dated:  December 30, 2024