**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE LISA W. WANG, JUDGE**

|  |  |  |
|---|---|---|
| THE UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No. 24-00173 |
| v. | ) | |
| | ) | |
| REPWIRE LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Rule 75(d) of the Rules of the United States Court of International Trade, the undersigned, Daniel Hoffman, hereby withdrawals as an attorney to be noticed for plaintiff, the United States.  Mr. Hoffman should be terminated as counsel for the case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Daniel A. Hoffman
MATTHEW D. LEWIS
Trial Attorney
DANIEL A. HOFFMAN
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044

1

Tel:  (202) 353-0547
Email:  Daniel.a.hoffman@usdoj.gov
May 14, 2026                              Attorneys for Plaintiff